FILED23 JUN '11 16:18USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

ROBERT A. PALMER,

           Plaintiff,

vs.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

           Defendant.

No. CV 09-1039-MO

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$4569.74** are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that such fees are payable to Plaintiff's attorney Richard A. Sly, and mailed to said Plaintiff's attorney, subject to any allowable treasury offset. See *Astrue v. Ratliff*, ___ U.S. ___ (2010).

Dated: 23 June, 2011.

                                          MICHAEL W. MOSMAN
                                          United States District Court Judge

PRESENTED BY:

/s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff